Brandon Lisi
Inmate Reg. No. 62739-054
Defendant Pro Se
Metropolitan Detention Center
MDC-Brooklyn
P.O. Box 329002
Brooklyn, New York 11232

January 20, 2020

Honorable Katherine Polk Failla
United States District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: <u>United States v. Lisi</u>, Crim., No. 1:15-cr-00457 (KPF)

Dear Judge Failla:

  As the Court is aware, I am a Defendant appearing pro se in the above-referenced case. The purpose of this letter is to not only supplement the letter that I wrote to the Court the other day pertaining to my request to appear before Your Honor as soon as possible, but is also meant to update the Court about the events that have transpired since I finished the letter with regard to my mother. Specifically, I write to update the Court regarding the portion of my prior letter wherein I explain that after being released from yet another lockdown the other day, I telephoned my mother to check on her well being, at which time I heard her voice and tone sound as if she was in physical (medical) distress.

  After initially telephoning and speaking to my mother at approximately 12:00 p.m. on Friday, January 17, 2020, I made several telephone calls (every hour - because of the fact that I have to wait one hour between telephone calls, since the prison pay telephone will only let me use the telephone for a 15 minute call, and then the system makes an inmate wait 1 hour before he can attempt another call), to my mother and spoke to her and her aide. I attempted for hours to convince the aide that my mother did not sound right, and sounded in distress. One of the largest problems that I encountered in attempting to help my mother (from dying as I was later informed) is that the aide only speaks Spanish and does not understand English well at all (if at all). Each time I called the house, however, my mother seemed to be getting worse and literally seemed to be getting closer and closer to her demise. Despite this apparent to all fact, no matter what I did, I could not get the aide to understand to "call 911" and or to "call an ambulance".

After several hours of the same vicious cycle of calling home, hearing mom sound worse, speaking to an aide that cannot understand me, only to hang up and have to wait an hour to try again (all the while using up a months' worth of the very limited amount of minutes that they allow inmates to purchase, with money that is in extremely limited supply to me), and after sending several "Urgent" Trulincs messages to anyone that I thought may respond (having to wait an hour between using Trulincs Messaging as well, with the additional delay of having the messages take 1 hour and 20 minutes to be received by a recipient and another 1 hour and 20 minutes for their response to arrive, if any, and if they are checking the Trulincs website, and using more money that is in limited supply), I was able to have a friend's wife, contact a friend of mine that works near my mother's house, in order that he try and intervene to get my mother to the hospital.  This contact was finally made around 9:00 p.m., NINE HOURS AFTER, I was able to first call my mother following the lock down, and NINE HOURS AFTER I discovered her in medical distress (distress that I have been recently informed began days before, and that got worse while I was on lockdown for some mysterious reason (the likes of which have still not been explained to myself and or other inmates as the Warden and Staff are required to do pursuant to the BOP Program Statement).

It was not until after 11:00 p.m. that night, that my mother actually arrived at an Emergency Room and was seen by a doctor (OVER ELEVEN HOURS AFTER me discovering the distress she was in).  If I was home, again, this would not be happening.  I later learned that if it was not for my friend's wife contacting my friend, and if it were not for my friend getting involved, my mother's situation would have gone from distress to disaster.  Amazingly, as it turns out, my friend sent a private ambulance to my mother's house to get pick up my mother and bring her to St. Francis Hospital (the hospital that my mother was requesting to be brought to), however, by the time that ambulance arrived (around 11:00 p.m.), the Spanish only speaking aide (under the pressure of my friend telling her that he was dialing 911 himself), called 911 finally, and had my mother brought to the wrong hospital.  So, they was a period of time where, my friend, the private ambulance crew that he hired that showed up to the house and searched it to try and locate my mother, as well as my other friend's wife, and I had no idea where my paralyzed mother (who was in medical distress) actually was.

It must be noted that while all of this was going on, and while my mother was in acute medical distress, and while I was trying to assist her from prison, using a prison pay telephone that I have to wait an hour to use between 15 minute calls (using the limited minutes and money that I have), I asked a staff member here from the religious services department (Chaplin), who was working as an Officer in the Unit I am in that night, to call my mother and or the hospital and or to allow me to make such a call (a practice that is policy).  I showed her the paperwork that I have over my mother and explained to her that my mother was in an emergency situation, did not sound good, and seemed to be in acute medical distress.  She responded by telling me that she would not call anyone unless my mother was "DEAD"!!!  I tried to reason with hr, but she would not listen, nor would she get me a supervisor to talk to.  So, other than using a prison pay telephone and trulincs, I can not try and assist, help and or even attempt to save my mother from prison (especially form this prison), and can only call my mother when she is dead,

according to the BOP.  Thus, another reason that I need to go home now, and resume my role as my mother's caregiver, in order to try and help her stay alive, so that I do not have to wait to call her form prison when she is dead, as the BOP staff member informed me was my only option.

There is also the issue of my mother being in such medical distress when my friend first called her that night, that she told him that she was in an ambulance on the way to a hospital having and that she was having a stroke.  I, sitting here, all the while not being able to prevent all of this completely avoidable chaos and near disaster form occurring, with no ability to save her, help her, or even speak to the paramedics to give them her medical history and baseline, because I am in prison and  not at home caring for her.  To make matters worse, the aide did not even give the ambulance driver the medical history report that I created for my mother and for the aides to give to the paramedics, first responders, nurses and doctors in the event of an emergency (a document that took me months to get finalized, copied and disseminated), because the 20 copies that I had sent to the house this past October (2019) have, again, gone missing and have been completely ignored.

After calling various hospitals in the area, my friend located my mother, and went to the hospital that she was brought to by the 911 dispatched ambulance.  He found her in the emergency room.  He spoke to the emergency room doctor who began treating my mother.  My friend tells me that the Doctor was deeply concerned about the delay in getting my mother to the hospital.  As it turns out, my mother's blood went septic, again (as I suspected), and my mother contracted pneumonia from the aide who the police were called on (the one that the Spanish speaking only aide relieved the other day).  The aide who had pneumonia at the time she was caring for my mother, apparently slept in my mother's room for weeks, because of the construction going on in the house by the insurance company repairing the black mold damage.  So my mother was infected with pneumonia (pneumococcal, I believe is what the Doctor said) by the aide, who also cause my mother's blood to go septic from the bladder infection and UTI that was the result of my mother not being changed and cleaned properly.

As if the aforementioned was not enough to warrant me being allowed to immediately go home to resume caring for my mother, the fact that the doctor said "are there not televisions in prison, the local news has been alerting the public about the potential of a pneumonia outbreak on Long Island as the CDC is monitoring".  Had I not been in prison, I would know this, and would have kept any coughing person away from my mother.  Yet another completely avoidable disaster that almost lead to a complete catastrophe, which would never have occurred if I was home caring for my mother.

I spoke to my mother yesterday, and she told me that she is on antibiotic IV and has pneumonia and sepsis and is nauseous.  She sounded terrible to me.  Now I have to wait to call the nurses back, and am down to 5 minutes of telephone time remaining for the month, having used over 100 minutes on just getting mom to a hospital.  In order to call the nurses back, I have to wait an hour to use the trulincs computer, then I have to add the nurses' station's telephone number to my contacts list, then I have to wait an hour for the BOP system to approve the

telephone number (a task that I have to undertake each time my mother is moved within the hospital, each time a new doctor or nurse comes on shift to treat my mother, and each time I want to check on her and to speak to her), and then I can call the nurses' station and inquire as to my mother's prognosis, treatment, well being, and provide them with answers to their questions about my mother. It should also be noted that I have requested additional emergency telephone minutes via electronic request to staff, but do not expect any answer for days. There is nobody here to take my request in person.

After calling my mother, I completed the process of adding the nurses' station telephone number to trulincs, after waiting an hour, and then after waiting another hour for the system to approve the telephone number, and then after waiting to use the telephone, I had to dial and then re-dial the nurses' station over and over and over again, because each time they answered the telephone, they hung up after hearing the first part of the electronic pre-recorded BOP message which sounds like a robo, telemarketing, and or collect call. They did not stay on the call long enough to hear that they needed to press the number "5" button on their telephone keypad to "accept the call". After about 30 minutes of re-dialing the nurses' station, they finally stayed on long enough to press "5". When they finally said hello, and before I could ask them important questions about my mother's current condition and offer them some additional information about her, they transferred me to the telephone in my mother's room (a telephone that she can not answer without a person handing her the telephone).

So, I have been unable to obtain more information about my mother to assist her further and to answer the questions the staff at the hospital keep answering her (to which she is responding, please ask my son, he is in "prison in Brooklyn"). All the while, my mother's very life hangs in the balance, while I waste precious time and limited telephone numbers, while my mother lays in a hospital bed begging the staff at the hospital to speak to me, and while I beg the staff here to speak to the Hospital staff. Had my mother not arrived at the Hospital when she did, she would most likely not have made it. This, again, was another completely avoidable situation, and as such, it is most respectfully submitted, Your Honor, that this vicious cycle must end now, for if I were home caring for my mother, this would not be happening.

Sadly, the aforementioned is just the tip of the proverbial iceberg, since there is so much more that I need to inform Your Honor about in person. Accordingly, it is again respectfully requested that I be permitted to appear before Your Honor, via furlough, as soon as possible, with regard to the Motions that I have pending before this Court.

Respectfully Submitted,

Brandon Lisi